1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210

3

4  408-286-5150

5  Attorney for plaintiff JOHN DAVI

6

7

8  **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

12  JOHN DAVI,

                                *Plaintiff,*        No.

13  v.

                                                    COMPLAINT FOR VIOLATION
14  OFFICER N. QUINONES, individually and in        OF CIVIL RIGHTS – JURY TRIAL
    his capacity as a Gilroy police officer; ARTURO DEMANDED
15  AMARO, individually and in his capacity as a
    Gilroy firefighter; CLIFF COLYER, individually
16  and in his capacity as a Gilroy firefighter; DAVID
    GUTIERREZ, individually and in his capacity as a
17  Gilroy firefighter; JOHN DOE AND RACHEL
    ROE, individually and in their capacities as Gilroy
18  police officers and firefighters, the true names and
    exact numbers of whom are unknown to plaintiff;
19  CITY OF GILROY; DOES 1 through 10,
                                *Defendants.*

20

21

22                              **JURISDICTION**

23

24      1.  This action arises under Title 42 of the United States Code, Section 1983.  Jurisdiction

25  is conferred upon this Court by Title 28 of the United States Code, Sections 1331 and 1343.  The

26

27

28  Complaint for Violation of Civil Rights –
    Jury Trial Demanded                                                    Page 1

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

E-Filing

ADR

C05 05230

1   unlawful acts and practices alleged occurred in the City of Gilroy, which is within this judicial

2   district.

3

4

5                                              **PARTIES**

6

7      2.  Plaintiff JOHN DAVI is and at all times herein mentioned was, a citizen of the United

8   States and a resident of San Jose, California.

9

10      3.  Defendant CITY OF GILROY ("CITY") is a municipal corporation, duly organized and

11   existing under the laws of the State of California.

12

13      4.  At all times mentioned herein, defendant OFFICER N. QUINONES, ARTURO

14   AMARO, CLIFF COLYER, DAVID GUTIERREZ,  and  JOHN DOE and RACHEL ROE

15   (hereinafter "OFFICERS"), were employed as police officers and firefighters for defendant CITY.

16   Defendant OFFICERS are sued individually and in their capacity as police officers and firefighters

17   for the CITY.  By engaging in the conduct described here, defendant OFFICERS acted under the

18   color of law and in the course and scope of their employment for defendant CITY.  By engaging in

19   the conduct described here, defendant OFFICERS exceeded the authority vested in them as police

20   officers and firefighters under the United States Constitution and as employees of the CITY.

21

22      5.  Plaintiff is ignorant of the true names and capacities of defendants DOES 1 through 10,

23   inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff is informed and

24   believes and thereon alleges that each defendant so named is responsible in some manner for the

25   injuries and damages suffered by plaintiff as set forth.  Plaintiff will amend this complaint to state the

26

27   Complaint for Violation of Civil Rights –

28   Jury Trial Demanded                                                                    Page 2

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1 true names and capacities of defendants DOES 1 through 25, inclusive, when they have been

2 ascertained.

3

4      6. At all times mentioned herein, each named and DOE defendant was the agent or

5 employee of co-defendant CITY, and in doing the things alleged, were acting within the course and

6 scope of such agency or employment and with the actual or implied permission, consent,

7 authorization, and approval of CITY.

8

9

10                **STATEMENT OF FACTS**

11

12      7. On 24 November 2004, plaintiff returned to his place of employment, Jessup Trucking,

13 in the City of Gilroy, California.

14

15      8. Plaintiff began to feel dizzy, and began to have a seizure. Fearing for plaintiff's safety, his

16 supervisor called "911"

17

18      9. Gilroy firefighters ARTURO AMARO, CLIFF COLYER, and DAVID GUTIERREZ

19 responded. Without being dispatched, OFFICER N. QUINONES responded as well.

20

21      10. When OFFICERS arrived, it was obvious that plaintiff was in convulsions and in the

22 midst of a grand mal seizure. Despite this fact, OFFICERS treated plaintiff as if he were a

23 combative criminal rather than a person in medical distress, and proceeded to restrain plaintiff as

24 a criminal rather than as a citizen in medical distress. In fact, OFFICER N. QUINONES

25 discharged his taser on plaintiff multiple times, putting him at severe risk for serious injury, and in

26 fact causing injury.

27

28 Complaint for Violation of Civil Rights -
Jury Trial Demanded                               Page 3

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

1    11.  Plaintiff was transported by ambulance, where he was immediately diagnosed as having

2  had a grand mal seizure and in need of medical attention.  Despite this fact, OFFICER N.

3  QUINONES accused plaintiff of being under the influence of drugs despite plaintiff's denial and

4  medical staff's insistence that plaintiff had sustained a seizure.  When plaintiff heard the accusations,

5  he asked for a blood test, which was administered and revealed that plaintiff indeed had no illegal

6  drugs in his system.

7

8    12.  Despite all of this information, OFFICER N. QUINONES arrested plaintiff for being

9  under the influence of drugs and resisting arrest, and wrote a false police report in order to induce

10  the District Attorney to file charges against plaintiff as well as to cover up OFFICER N.

11  QUINONES', as well as the other OFFICERS', misdeeds.

12

13    13.  As a result of the false report, the District Attorney did in fact file a criminal complaint

14  against plaintiff.  When the true facts were learned, all charges were dismissed against plaintiff.

15

16

17                                    **DAMAGES**

18

19    14. As a proximate result of defendants' conduct, plaintiff suffered pain and physical injuries.

20  As a further proximate result of defendants' conduct , plaintiff suffered severe emotional  and mental

21  distress, fear, terror, anxiety, humiliation, embarrassment, and loss of their sense of security, dignity,

22  and pride as a citizen of the United States.

23

24    15. As a further proximate result of defendants' conduct, plaintiff incurred medical expenses.

25

26

27

28  Complaint for Violation of Civil Rights –
    Jury Trial Demanded                                                    Page 4

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

1      16. As a further proximate result of defendants' conduct, plaintiff has lost time from his usual

2   occupation and thereby lost income.

3

4      17. The conduct of defendant OFFICERS was malicious, wanton, and oppressive. Plaintiffs

5   are therefore entitled to award of punitive damages against defendant OFFICERS.

6

7      18. Plaintiff found it necessary to engage the services of private counsel to vindicate his rights

8   under the law. Plaintiff is therefore entitled to an award of all attorney's fees incurred in relation to

9   this action for violation of his civil rights.

10

11

12                              **FIRST CLAIM FOR RELIEF**
                                      (42 U.S.C § 1983)
13               (Against defendants OFFICERS and DOES 1 through 10, inclusive)

14

15      19.  Plaintiff realleges and incorporates by reference paragraphs 1 through 18 of this

16   complaint.

17

18      20. In doing the acts complained of, defendants OFFICERS acted under the color of the

19   law to deprive the plaintiff of certain constitutionally protected rights, including, but not limited to:

20      a.  The right to be free from detention and arrest without probable cause as guaranteed by

21   the Fourth and Fourteenth Amendments to the United States Constitution;

22      b.  The right to be free from unreasonable searches and seizures, as guaranteed by the Fourth

23   and Fourteenth Amendments to the United States Constitution;

24      c.  The right not to be deprived of life, liberty, or property without due process of law, as

25   guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

26

27

28   Complaint for Violation of Civil Rights –
     Jury Trial Demanded                                                                    Page 5

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1    d.  The right to be free form the use of excessive force by police officers and firefighters,

2    which is guaranteed by the Fourth, Fifth and Fourteenth Amendments to the United States

3    Constitution;

4    e.  The right to equal protection of the laws, as guaranteed by the Fourteenth Amendment

5    to  the United States Constitution;

6    f.  The right to be free from cruel and unusual punishment; and from pre-charging and pre-

7    judgment punishments, as guaranteed by the Eighth Amendment to the United States Constitution;

8    g.  the right to be free from interferences with the zone of privacy, as protected by the Fourth

9    and Ninth Amendments to the United States Constitution;

10   h.  The right to prompt medical attention while in the control of government officers as

11   guaranteed by the Due Process Clause of the Fifth and Fourteenth Amendments to the United States

12   Constitution.

13

14   21.  As a proximate result of defendants' wrongful conduct, plaintiff suffered injuries and

15   damages as set forth.

16

17   **WHEREFORE**,  Plaintiff prays for relief as set forth.

18

19

20                **SECOND CLAIM FOR RELIEF**
                        (42 U.S.C. § 1983)
21              (Against Defendant CITY OF GILROY)

22

23   22.  Plaintiff realleges and incorporates by reference herein paragraphs 1 through 21 of this

24   complaint.

25

26

27

28   Complaint for Violation of Civil Rights –
     Jury Trial Demanded                                                         Page 6

23. The CITY, by and through its supervisory officials and employees, has been given notice on repeated occasions of a pattern of ongoing constitutional violations and practices by defendant police officers and firefighters herein and other Gilroy police officers and firefighters, consisting of false arrests of non-white persons and persons in general without probable cause, use of excessive force against non-White persons and persons in general, and unequal law enforcement against non-white persons and disabled persons.  Despite said notice, defendant CITY has demonstrated deliberate indifference to this pattern and practice of constitutional violations by failing to take necessary, appropriate, or adequate measures to prevent the continued perpetuation of said pattern of conduct by Gilroy police officers and firefighters, and instead has encouraged it.  This lack of an adequate supervisorial response by defendant CITY demonstrates the existence of an informal custom or policy which tolerates and promotes the continued violation of civil rights of all persons by Gilroy police officers and firefighters.

24. The acts of defendant police officers and firefighters alleged herein are the direct and proximate result of the deliberate indifference of defendant CITY and its supervisory officials and employees to violations of the constitutional rights of persons by defendant police officers and firefighters herein, and other members of the Gilroy Police Department and Fire Department.  The plaintiff's injuries were foreseeable and a proximate result of the deliberate indifference of the CITY to the pattern, practices, customs, and policies described above.

**WHEREFORE**, Plaintiff prays for relief as set forth.

//
//
//
//
//

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

**THIRD CLAIM FOR RELIEF**
(Assault and Battery)
(Against defendants OFFICERS and DOES 1 through 10, inclusive)

25. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 21 of this complaint.

26. Defendant OFFICERS committed assault and battery against plaintiff by violently forcing him into submission while plaintiff was having a seizure and in need of medical treatment, and tasing him while he was both restrained as well as in the midst of a medical emergency.

27. Defendants' conduct was neither privileged nor justified under statute or common law.

28. As a proximate result of defendants' wrongful conduct, plaintiff suffered damages as set forth.

29. Since the conduct of defendant officers occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiff prays for relief as set forth.


**FOURTH CLAIM FOR RELIEF**
(False Imprisonment)
(Against defendants OFFICERS and DOES 1 through 10, inclusive)

30. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 21 of this complaint.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

31.  On or about 24 November 2004, defendant OFFICERS arrested plaintiff maliciously and without a warrant or order of commitment of any kind, or any other legal authority of any kind, even though plaintiff had not committed any crime or public offense.  Defendant OFFICERS did not have reasonable cause to believe that plaintiff had committed any offense.

32.  Defendant OFFICERS transported plaintiff to Saint Louise Hospital and then to jail where plaintiff was imprisoned until his eventual release.

33. The conduct of defendant OFFICERS, as set forth herein, was extreme and outrageous and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized society.  However, in order to deliberately injure plaintiff, defendant OFFICERS committed the aforementioned extreme and outrageous acts with the intent to inflict severe injury upon plaintiff, thereby justifying an award of punitive damages against defendant OFFICERS.

34.  As a proximate result, plaintiff suffered damages as set forth.

35.  Since the conduct of defendant officers occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiff prays for damages as set forth.

//
//
//
//
//
//

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded

**FIFTH CLAIM FOR RELIEF**
(Intentional Infliction of Emotional Distress)
(Against defendants OFFICERS and DOES 1 through 10, inclusive)

36.  Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 21 of this complaint.

37.  The conduct of defendant OFFICERS, as set forth herein, was extreme and outrageous and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized society.  However, in order to deliberately injure plaintiff, defendant OFFICERS committed the aforementioned extreme and outrageous acts with the intent to inflict severe mental and emotional distress upon plaintiff.

38.  As a proximate result of defendants' willful, intentional and malicious conduct, plaintiff suffered severe and extreme metal and emotional distress.  Therefore, plaintiff is entitled to an award of punitive damages as against the individually named police officers and firefighters.  Plaintiff has suffered damages as set forth.

39.  Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiff prays for relief as set forth

// 
// 
// 
// 
// 

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

## SIXTH CLAIM FOR RELIEF
(Negligence)
(Against defendants OFFICERS and DOES 1 through 10, inclusive)

40. Plaintiff realleges and incorporate by reference herein paragraphs 1 through 39 of this complaint, except for any and all allegations of intentional, malicious, extreme, outrageous, wanton, and oppressive conduct by defendants, and any and all allegations requesting punitive damages.

41. At all times herein mentioned, defendants were subject to a duty of care, to avoid causing unnecessary physical harm and distress to citizens in the exercise of the police function. The conduct of defendants, as set forth herein, did not comply with the standard of care to be exercised by reasonable police officers and firefighters, proximately causing plaintiff to suffer damages as set forth.

42. Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiffs pursuant to respondeat superior.

**WHEREFORE**, Plaintiff prays for relief as set forth.

## SEVENTH CLAIM FOR RELIEF
(Negligent Infliction of Emotional Distress)
(Against defendants OFFICERS and DOES 1 through 10, inclusive)

43. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 42 of this complaint, except for any and all allegation of intentional, malicious, extreme, outrageous, wanton, and oppressive conduct by defendants, and any and all allegations requesting punitive damages.

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 11

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

44.   At all times herein mentioned, defendants were subject to a duty of care, to avoid causing unnecessary physical harm and distress to citizens.  The conduct of defendants, as set forth herein, did not comply with the standard of care to be exercised by reasonable police officers and firefighters, proximately causing plaintiffs to suffer damages as set forth.

45.  The conduct of defendant **OFFICERS** as set forth herein, was extreme and outrageous and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized society.

46.  As a proximate result of defendants' conduct, plaintiff suffered severe and extreme mental and emotional distress.  Plaintiff has suffered damages as set forth.

**WHEREFORE**, Plaintiff prays for relief as set forth.

## CLAIM REQUIREMENT

47.  For state causes of action related to Federal claims, plaintiff is  required to comply with an administrative claim requirement under California Law.  Plaintiff  has complied with all applicable requirements.

## JURY DEMAND

48.  Plaintiff hereby demands a jury trial in this action.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

**PRAYER**

WHEREFORE, Plaintiff prays for relief as follows:

1. General damages in an amount according to proof;

2. Special damages in an amount according to proof;

3. Punitive damages in an amount according to proof;

4. Reasonable attorney's fees pursuant to 42 U.S.C. section 1988;

5. Costs of suit incurred herein; and,

6. Such other and further relief as the Court may deem just and proper.

Dated: 11 December 2005

LAW OFFICES OF ANTHONY BOSKOVICH

By:_____
              Anthony Boskovich
              Attorney for Plaintiff

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150