```
 1  Anthony Boskovich, No. 121198
    Law Offices of Anthony Boskovich
 2  28 N. First Street, 6th Floor
    San Jose, California 95113-1210
 3
 4  408-286-5150
 5  Attorney for plaintiff JOHN DAVI
 6
 7
```

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DAVI,<br>　　　　　Plaintiff,<br>v.<br>OFFICER N. QUINONES, individually and in his capacity as a Gilroy police officer; ARTURO AMARO, individually and in his capacity as a Gilroy firefighter; CLIFF COLYER, individually and in his capacity as a Gilroy firefighter; DAVID GUTIERREZ, individually and in his capacity as a Gilroy firefighter; JOHN DOE AND RACHEL ROE, individually and in their capacities as Gilroy police officers and firefighters, the true names and exact numbers of whom are unknown to plaintiff; CITY OF GILROY; DOES 1 through 10,<br>　　　　　Defendants. | No. C-05 05230 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the deadline to complete mediation in this matter be continued until November 1, 2006.

　　　　This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff is currently incarcerated with an expected release date of September 2006.

Page 1

| | |
|---|---|
| 1 | Dated: 10 august 2006 |

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
ANTHONY BOSKOVICH,
Attorney for Plaintiff William Chesney

Dated: 8/10/06

BURTON, VOLKMANN & SCHMAL

By: _____
TIMOTHY J. SCHMAL
Attorney for Defendants

It is so ordered:

Dated: 8/21/06

_____
The Honorable James Ware
Judge of the United States District court

Page 2