Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff JOHN DAVI

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DAVI,<br>                         *Plaintiff,*<br>v.<br><br>OFFICER N. QUINONES, individually and in his capacity as a Gilroy police officer; ARTURO AMARO, individually and in his capacity as a Gilroy firefighter; CLIFF COLYER, individually and in his capacity as a Gilroy firefighter; DAVID GUTIERREZ, individually and in his capacity as a Gilroy firefighter; JOHN DOE AND RACHEL ROE, individually and in their capacities as Gilroy police officers and firefighters, the true names and exact numbers of whom are unknown to plaintiff; CITY OF GILROY; DOES 1 through 10,<br>                         *Defendants.* | No. C-05 05230 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CUT-OFF DATES PURSUANT TO SCHEDULING ORDER |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the following dates be extended.

      1. Deadline to complete mediation will now be February 23, 2007;

      2. Discovery Cut-off date will now be March 30, 2007;

      3. Last day for Dispositive Motions will now be June 4, 2007 at 9:00 a.m.;

      4. Pre-trial Conference Statements due on July 13, 2007; and

Page 1

1      5. Pre-trial Conference/Trial Setting Conference will now be July 23, 2007 at 11:00 a.m.

2      This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.

3  Plaintiff has recently been released from incarceration therefore discovery is just beginning.

6  Dated: 30 November 2006

   **LAW OFFICES OF ANTHONY BOSKOVICH**

   By: _____
   ANTHONY BOSKOVICH,
   Attorney for Plaintiff William Chesney

10 Dated:

   **BURTON, VOLKMANN & SCHMAL**

   By: _____
   TIMOTHY J. SCHMAL
   Attorney for Defendants

**It is so ordered:**

Dated:    December 01, 2006

_____
The Honorable James Ware
Judge of the United States District court

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

Page 2

1     5. Pre-trial Conference/Trial Setting Conference will now be July 23, 2007 at 11:00 a.m.

2     This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.

3 Plaintiff has recently been released from incarceration therefore discovery is just beginning.

6 Dated:

        **LAW OFFICES OF ANTHONY BOSKOVICH**

        By:_____
        ANTHONY BOSKOVICH,
        Attorney for Plaintiff William Chesney

11 Dated: 11/30/06

        **BURTON, VOLKMANN & SCHMAL**

        By:_____
        TIMOTHY J. SCHMAL
        Attorney for Defendants

**It is so ordered:**

17 Dated:

        _____
        The Honorable James Ware
        Judge of the United States District court