Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff JOHN DAVI

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

JOHN DAVI,
                Plaintiff,

v.

OFFICER N. QUINONES, individually and in his capacity as a Gilroy police officer; ARTURO AMARO, individually and in his capacity as a Gilroy firefighter; CLIFF COLYER, individually and in his capacity as a Gilroy firefighter; DAVID GUTIERREZ, individually and in his capacity as a Gilroy firefighter; JOHN DOE AND RACHEL ROE, individually and in their capacities as Gilroy police officers and firefighters, the true names and exact numbers of whom are unknown to plaintiff; CITY OF GILROY; DOES 1 through 10,
                Defendants.

No. C-05 05230 JW

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CUT-OFF DATES PURSUANT TO SCHEDULING ORDER

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the following dates be extended.

      1. Discovery Cut-off date will now be August 17, 2007;

      2. Last day for Dispositive Motions will now be September 10, 2007 at 9:00 a.m.;

      3. Pre-trial Conference Statements due on October 19, 2007; and

Page 1

      4. Pre-trial Conference/Trial Setting Conference will now be October 29, 2007 at 11:00 a.m.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Mediation has held on February 13, 2007 but was unsuccessful. The mediation had been delayed due to plaintiff's incarceration, and the mediation was held at the earliest possible date available for all parties. The parties delayed extensive discovery and expert witness designations in the hope that the matter was more likely to resolve at mediation if neither side had undergone the expense of discovery and expert witness work. It was determined at the mediation that the parties needed to do some discovery and expert work in order to bring this matter to a resolution. Because of this, the parties request a short enlargement of time to complete discovery in the hopes that this additional work will lead to a resolution short of trial, and to also allow the parties to prepare for trial, if necessary.

Dated: 16 February 2007

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
   ANTHONY BOSKOVICH,
   Attorney for Plaintiff John Davi

Dated:

**BURTON, VOLKMANN & SCHMAL**

By:_____
   TIMOTHY J. SCHMAL
   Attorney for Defendants

**It is so ordered:**

Dated:

_____
The Honorable James Ware
Judge of the United States District Court

Page 2

4. Pre-trial Conference/Trial Setting Conference will now be October 26, 2007 at 11:00 a.m.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Mediation has held on February 13, 2007 but was unsuccessful. The mediation had been delayed due to plaintiff's incarceration, and the mediation was held at the earliest possible date available for all parties. The parties delayed extensive discovery and expert witness designations in the hope that the matter was more likely to resolve at mediation if neither side had undergone the expense of discovery and expert witness work. It was determined at the mediation that the parties needed to do some discovery and expert work in order to bring this matter to a resolution. Because of this, the parties request a short enlargement of time to complete discovery in the hopes that this additional work will lead to a resolution short of trial, and to also allow the parties to prepare for trial, if necessary.

Dated: 16 February 2007

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
ANTHONY BOSKOVICH,
Attorney for Plaintiff John Davi

Dated: February 20, 2007

BURTON, VOLKMANN & SCHMAL

By: _____
TIMOTHY J. SCHMAL
Attorney for Defendants

It is so ordered:

Dated: 2/21/2007

_____
The Honorable James Ware
Judge of the United States District Court

Page 2