```
 1  #65556-3-104
    TIMOTHY J. SCHMAL (Bar No. 104874)
 2  BURTON, VOLKMANN & SCHMAL, LLP
    133 Mission Street, Suite 102
 3  Santa Cruz, CA 95060
    Telephone: (831) 425-5023
 4  Facsimile: (831) 427-3159

 5  Attorneys for Defendants,
    CITY OF GILROY, OFFICER N. QUINONES,
 6  ARTURO AMARO, CLIFF COLYER, AND
    DAVID GUTIERREZ

 7

 8

 9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  JOHN DAVI,                    )  Case No. C05 05230 JW
                                  )
14        Plaintiff,              )  STIPULATION OF DISMISSAL
                                  )  OF DEFENDANTS CITY OF
15     vs.                        )  GILROY, OFFICER N. QUINONES,
                                  )  ARTURO AMARO, CLIFF COLYER,
16  OFFICER N. QUINONES, ARTURO   )  and DAVID GUTIERREZ; ORDER
    AMARO, CLIFF COLYER, DAVID    )
17  GUTIERREZ, JOHN DOE AND RACHEL)  JURY TRIAL DEMANDED
    ROE, CITY OF GILROY, DOES 1   )
18  THROUGH 10,                   )
                                  )
19        Defendants.             )
                                  )
20  _____)

21

22     Defendants, CITY OF GILROY, OFFICER N. QUINONES, ARTURO

23  AMARO, CLIFF COLYER, and DAVID GUTIERREZ, and Plaintiff JOHN

24  DAVI, by and through his counsel, stipulate as follows:

25     1.   Plaintiff will voluntarily dismiss the above-captioned

26  court case, with prejudice, as to Defendants above-listed, only.

27     2.   Defendants will not seek recovery of any attorneys' fees

28  or costs incurred in the defense of this case to date as a result
```

of Plaintiff's voluntary dismissal of the court case.

    3. Each side to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: 4 August 1007

LAW OFFICES OF ANTHONY BOSKOVICH

BY: ANTHONY BOSKOVICH
Attorneys for Plaintiff,
JOHN DAVI.

Date: 7/23/07

BURTON, VOLKMANN & SCHMAL, LLP

BY: TIMOTHY J. SCHMAL
Attorneys for Defendants,
CITY OF GILROY, OFFICER N. QUINONES, ARTURO AMARO, CLIFF COLYER, AND DAVID GUTIERREZ.

ORDER

Date: August 8 2007

THE HONORABLE JAMES WARE,
JUDGE OF THE U.S. DISTRICT COURT.